UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| EUGENE MAUWEE, *et al.*, | ) | |
| Plaintiffs, | ) | 3:06-cv-0122-RCJ-VPC |
| v. | ) | |
| BILL DONAT, *et al.*, | ) | O R D E R |
| Defendants. | ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Valerie P. Cooke, entered January 22, 2007, recommending the Court deny Clifton V. Bobb's Motion to Intervene (#11). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered January 22, 2007, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and Recommendations (#23) be affirmed and adopted.

DATED: March 22, 2007.

_____
ROBERT C. JONES
United States District Judge