UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| EUGENE MAUWEE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | 3:06-cv-0122-RCJ-VPC |
| | ) | |
| v. | ) | |
| | ) | |
| BILL DONAT, *et al.*, | ) | O R D E R |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court for consideration is the Report and Recommendation of Magistrate Judge Valerie P. Cooke, entered January 31, 2007, recommending the Court grant Defendants' Motion to Dismiss (#13) and dismiss Plaintiff's complaint without prejudice and with leave to amend. No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered January 31, 2007, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Cooke's Report and Recommendations (#24) be affirmed and adopted.

DATED: May 15, 2007.

_____
ROBERT C. JONES
United States District Judge